FILED
2007 Jul-09 PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HUEL M. LOVE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. CV-07-PT-0688-E |
| CLIENT SERVICES, INC., a Missouri Corporation, | ) ) ) ) |
| Defendant. | ) |

### NOTICE OF ACCEPTANCE OF
### DEFENDANT'S OFFER OF JUDGMENT

Comes now the Plaintiff, Huel M. Love, Jr., and gives this his notice that he is accepting the *Offer of Judgment* heretofore served upon him by the Defendant, Client Services, Inc.. The Plaintiff further moves that the clerk of this Court enter judgment for Plaintiff and against Defendant, pursuant to the Defendant's *Offer of Judgment*. A true and correct copy of the Defendant's *Offer of Judgment* is attached hereto as "Exhibit A."

This the 9th day of July, 2007.

/s/ Hobart H. Arnold, III
Hobart H. Arnold, III
Attorney for Plaintiff
CAMPBELL & CAMPBELL, P.C.
P.O. Drawer 756
Talladega, AL 35161
(256) 761-1858

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel for the Defendant by placing a copy of the same in the U.S. Mail, first-class postage prepaid and properly addressed as follows, and additionally I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John W. Scott
Huckaby, Scott & Dukes, P.C.
2100 Third Avenue North, Suite 700
Birmingham, AL 35203

Kimberly W. Geisler
Huckaby, Scott & Dukes, P.C.
2100 Third Avenue North, Suite 700
Birmingham, AL 35203

Done this the 9th day of July, 2007.

/s/ Hobart H. Arnold, III

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| HUEL M. LOVE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. CV-07-PT-0688-E |
| v. ) | |
| ) | |
| CLIENT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## OFFER OF JUDGMENT

COMES NOW Defendant Client Services, Inc., pursuant to FED. R. CIV. P. 68 and with no admission of liability, and offers to allow judgment to be taken against it by Plaintiff for a sum of $1000, plus reasonable attorneys' fees not to exceed $1000 and costs taxable under 28 U.S.C. § 1920.

Respectfully submitted,

_____
John W. Scott
Attorney for Defendant
Client Services, Inc.

OF COUNSEL:
SCOTT DUKES & GEISLER, P.C.
Concord Center
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773


EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

>Hobart H. Arnold, III
>Campbell & Campbell, P.C.
>P.O. Drawer 756
>Talladega, Alabama 35161

Done this the 2nd day of July, 2007.

_____
Of Counsel

41211.1