IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

HUEL M. LOVE, JR.

    Plaintiff,

v.                                                     CV 07-PT-688-E

CLIENT SERVICES, INC.

    Defendant.

## JUDGMENT

Judgment is entered in favor of the plaintiff and against the defendant for $1000.00 plus a reasonable attorney fee not to exceed $1,000.00 and costs. The court reserves ruling with regard to a determination of a reasonable attorney fee and urges the parties to reach an agreement as to such reasonable amount. The plaintiff is to notify the court on or before July 24, 2007 as to whether a hearing on this issue will or will not be required.

    **DONE** and **ORDERED** this the 10th day of July, 2007.

_____
**ROBERT B. PROPST**
SENIOR UNITED STATES DISTRICT JUDGE