FILED
2007 Jul-24 PM 12:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **HUEL M. LOVE, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. CV-07-PT-0688-E |
| | ) |
| **CLIENT SERVICES, INC.,** a | ) |
| **Missouri Corporation,** | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF THE NECESSITY
### OF A HEARING TO DETERMINE ATTORNEY'S FEES

Comes now the Plaintiff, Huel M. Love, Jr., by and through his undersigned counsel, and gives this his notice that a hearing will be required to determine a reasonable attorney's fee in this cause, the parties having been unable to reach an agreement as to such reasonable amount.

Plaintiff's counsel will submit a Fee Declaration, detailing the time and costs expended on this matter.

Respectfully submitted on this the 24th day of July, 2007.

/s/ Hobart H. Arnold, III
Hobart H. Arnold, III
Attorney for Plaintiff
CAMPBELL & CAMPBELL, P.C.
P.O. Drawer 756
Talladega, AL 35161
(256) 761-1858

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sill send notification of such filing to the following:

John W. Scott
Huckaby, Scott & Dukes, P.C.
2100 Third Avenue North, Suite 700
Birmingham, AL 35203

Kimberly W. Geisler
Huckaby, Scott & Dukes, P.C.
2100 Third Avenue North, Suite 700
Birmingham, AL 35203

Done this the 24th day of July, 2007.


/s/ Hobart H. Arnold, III