# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **HUEL M. LOVE, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. CV-07-PT-0688-E** |
| **v.** | ) | |
| | ) | |
| **CLIENT SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SATISFACTION OF JUDGMENT

COMES NOW Defendant Client Services, Inc. and hereby notifies the Court that the judgment entered on July 10, 2007, pursuant to Plaintiff Huel Love's acceptance of Defendant's Offer of Judgment, has been paid in full.

                Respectfully submitted,

                /s/John W. Scott
                John W. Scott
                Attorney for Defendant
                Client Services, Inc.

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
Concord Center
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Hobart H. Arnold, III
>Campbell & Campbell, P.C.
>P.O. Drawer 756
>Talladega, Alabama 35161

Done this the 10th day of August, 2007.

                                          /s/ John W. Scott
                                            Of Counsel

41417.1